RECEIVED
JUN 16 2006
Clerk of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES for the use and benefit of GEM PLUMBING & HEATING CO., INC., Plaintiff

vs.

M.A. MORTENSON COMPANY, FEDERAL INSURANCE COMPANY and TRAVELERS CASUALTY AND SURETY COMPANY, Defendants

C.A. No. 06-226T

## STIPULATION

By agreement of the parties, the Defendants, Federal Insurance Company and Travelers Casualty and Surety Company, subject to proper service of process, may have up to and including June 30, 2006, to answer or otherwise respond to the Plaintiff's complaint, including all rights of counterclaim and affirmative defenses.

**Gem Plumbing & Heating Co., Inc.**
**By its attorneys,**

Stephen J. Brouillard-#6284
Orson and Brusini Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel: (401) 223-2100
Fax: (401) 861-3301

Dated: June 15, 2006

**Federal Insurance Company and Travelers Surety and Casualty Company**
**By their attorney,**

Joseph J. Reale, Jr.-#3158
Joseph J. Reale, Jr., Ltd
30 Kennedy Plaza, Suite 400
Providence, RI 02903
Tel: (401) 453-9900
Fax: (401) 453-9917

Dated: June 16, 2006

c:\mortenson\stip2.doc

ENTER
Ernest C. Torres
Chief, U.S. District Judge

DATE 6/22/06