UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES for the use and benefit of GEM PLUMBING & HEATING CO., INC. Plaintiff, | : | |
| VS. | : | C.A. No.: 06-226T |
| M.A. MORTENSON COMPANY, FEDERAL INSURANCE COMPANY and TRAVELERS CASUALTY AND SURETY COMPANY Defendants. | : | |

**ENTRY OF APPEARANCE**

I, John E. Bulman, Esq., enter my appearance as successor counsel for Plaintiff, Gem Plumbing & Heating Co., Inc., in the above-captioned action. In accordance with LR Gen 206(e), I hereby certify that I am familiar with the case, and will be fully prepared to address any matters pending in the case, including trial, without delaying the case.

/s/ John E. Bulman .
John E. Bulman, Esq. #3147
Little Medeiros Kinder Bulman & Whitney PC
72 Pine Street
Providence, RI 02903
(401) 272-8080
(401) 521-3555 *fax*
Email: jbulman@lmkbw.com

Dated: September 11, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2006 this document has been filed electronically with the Court, is available for viewing and downloading from the ECF system, and has been served by first class mail, postage prepaid, on the following individuals:

Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Stephen J. Brouillard, Esq.
Orson and Brusini Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903

James Hartnett, IV, Esq.
Faerge & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Nicholas J. Gorra, Esq.
Vice President and General Counsel
Harrington Engineering, Inc.
P.O. Box 819
Old Saybrook, CT 06475

/s/ John E. Bulman .