UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES for the use and benefit of GEM PLUMBING & HEATING CO., INC. Plaintiff, | : | |
| VS. | : | C.A. No.: 06-226T |
| M.A. MORTENSON COMPANY, FEDERAL INSURANCE COMPANY and TRAVELERS CASUALTY AND SURETY COMPANY Defendants. | : | |

**NOTICE OF WITHDRAWAL**

I, Stephen J. Brouillard, Esq., hereby withdraw my appearance as counsel for Plaintiff, Gem Plumbing & Heating Co., Inc., in the above-captioned action. In accordance with LR Gen 206(e), successor counsel's Entry of Appearance and certification was electronically filed on September 11, 2006.

/s/ Stephen J. Brouillard .

Stephen J. Brouillard, Esq. # 6284
Orson and Brusini Ltd., Suite 400
Providence, RI 02903
Tel.: (401) 223-2100
Fax: (401) 861-3103
Email: sbrouillard@orsonandbrusini.com
Date: September 12, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2006 this document has been filed electronically with the Court, is available for viewing and downloading from the ECF system, and has been served by first class mail, postage prepaid, on the following individuals:

Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

John E. Bulman, Esq.
Little Medeiros Kinder Bulman & Whitney PC
72 Pine Street
Providence, RI 02903

James Hartnett, IV, Esq.
Faerge & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Nicholas J. Gorra, Esq.
Vice President and General Counsel
Harrington Engineering, Inc.
P.O. Box 819
Old Saybrook, CT 06475

/s/ Stephen J. Brouillard .